NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3119

SHERWANDA L. PERRY,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. CH0831090853-I-1.

ON MOTION

ORDER

Sherwanda L. Perry moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 1 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sherwanda L. Perry
    Jeanne E. Davidson, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 0 2010

JAN HORBALY
CLERK